**WEST TEXAS UTILITIES COMPANY, Inc., Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 13805.

United States Court of Appeals
Fifth Circuit.

Jan. 29, 1953.

Frank Cain, Dallas, Tex., for petitioner.

Thomas F. Maher, Atty., A. Norman Somers, Asst. Gen. Counsel, and David P. Findling, Associate Gen. Counsel, N. L. R. B., Washington, D. C., for respondent.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

The motion of the Board is denied for the reasons given in the memorandum denying the motion of the Board in No. 13735, 5 Cir., 201 F.2d 667, that the Board has authority to proceed without an order.

The motion of the respondent is denied for the same reasons, without prejudice to its right to renew its motion if the Board fails to proceed as proposed.

Motions denied.